FILED

10/03/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0514

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0514

IN THE MATTER OF:

A.Z.G.,

    A Youth.

## ORDER SUPPLEMENTING THE RECORD

Upon consideration of Appellant's motion, and good cause appearing,

IT IS HEREBY ORDERED the motion to supplement the record is granted. The January 19, 2022 Disposition Transcript that has been prepared and filed with this Court shall be made part of the record herein.

The Clerk shall serve a copy of this Order upon the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 3 2024